# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF WEST VIRGINIA

## HUNTINGTON DIVISION

VICTORIA ANN SHANK,

        Plaintiff,

v.                      CIVIL ACTION NO. 3:17-0572

NANCY A. BERRYHILL,
Acting Commissioner of the
Social Security Administration,

        Defendant.

## MEMORANDUM OPINION AND ORDER

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the Court deny Plaintiff's motion for judgment on the pleadings (ECF No. 13); grant Defendant's request to affirm the decision of the Commissioner (ECF No. 16); and dismiss this action from the docket of the Court. Neither party has filed objections to the Magistrate Judge's findings and recommendations.

Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and **DENIES** Plaintiff's motion for judgment on the pleadings (ECF No. 13); **GRANTS** Defendant's request to affirm the decision of the Commissioner (ECF No. 16); and **DISMISSES** this action from the docket of the Court, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER: January 24, 2018

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE